# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Drain, Robert D. | 2. Court or Organization<br><br>Southern District of New York | 3. Date of Report<br><br>05/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Israel Ministry of Justice/Bar-Ilan School of Law | 01/17/2014 - 1/22/2014 | Tel Aviv, Israel | Speaker at conference with Israeli bankruptcy law professionals and administrators | Airfare, hotel, food, other transportation |
| 2. | American Bankruptcy Institute | 02/05/2014 - 02/08/2014 | San Juan, PR | Speaker at annual bankruptcy conference | Airfare, hotel, food, other transportation |
| 3. | American Bankruptcy Institute/U. of Tex. Law School | 0/26/2014 -02/28/2014 | Las Vegas, NV | Speaker at conference on valuation issues | Airfare, hotel, food, other transportation |
| 4. | South Florida Bankruptcy Bar Ass'n | 05/08/2014 - 05/12/2014 | Key Largo, FL | Speaker at annual bankruptcy law conference | Airfare, hotel, food, other transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Drain, Robert D.** | 05/06/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | Assoc. of Insolvency & Restructuring Advisors | 06/05/2014 - 06/07/2014 | Denver, CO | Speaker at annual bankruptcy law conference | Airfare, hotel, food, other transportation |
| 6. | Hudson Valley Bankruptcy Bar Ass'n | 09/11/2014 - 09/12/2014 | Hyde Park, NY | Speaker at annual consumer bankruptcy law conference | Auto mileage, hotel, food |
| 7. | Turnaround Management Ass'n | 10/18/2014 - 10/21/2014 | Sao Paolo, Brazil | Speaker at conference with Brazilian bankruptcy law professionals and judges | Airfare, hotel, food, other transportation |
| 8. | American Bankruptcy Institute/Georgetown Law School | 10/23/2014 - 10/24/2014 | Washington, DC | Speaker at annual views from the bench bankruptcy law conference | Bus, food, other transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Account #1 | A | Interest | J | T | | | | | |
| 2. Access Financial Account #1 | B | Int./Div. | K | T | | | | | |
| 3. Access Financial Account #2 | A | Int./Div. | K | T | | | | | |
| 4. Access Financial Account #3 | A | Interest | J | T | Redeemed (part) | 12/10/14 | J | B | |
| 5. FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 6. US Trust Managed US TCommon Account (no control) | E | Int./Div. | P1 | T | | | | | See note in Part VIII |
| 7. -Accenture | | | | | Sold (part) | 03/19/14 | J | | |
| 8. | | | | | Sold (part) | 03/20/14 | J | | |
| 9. | | | | | Sold | 04/01/14 | J | | |
| 10. -Ace Ltd. | | | | | Sold | 03/19/14 | J | A | |
| 11. -Alexion Pharma. | | | | | Sold (part) | 03/06/14 | J | A | |
| 12. | | | | | Sold (part) | 03/12/14 | J | A | |
| 13. -Amazon | | | | | Buy (add'l) | 01/13/14 | J | | |
| 14. -American Express | | | | | Buy (add'l) | 03/19/14 | J | | |
| 15. -Anadarko Pete | | | | | Sold | 01/13/14 | J | | |
| 16. | | | | | Buy | 04/21/14 | J | | |
| 17. | | | | | Buy (add'l) | 05/30/14 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 19. | | | | | Sold (part) | 12/12/14 | J | | |
| 20. | | | | | Sold (part) | 12/15/14 | J | | |
| 21.    -Apple | | | | | Sold (part) | 02/26/14 | J | A | |
| 22. | | | | | Buy (add'l) | 06/16/14 | J | | |
| 23. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 24. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 25.    -Aston Montag & Caldwall Grwth Fnd Cl 1 | | | | | | | | | |
| 26.    -Autozone | | | | | Buy | 03/12/14 | J | | |
| 27. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 28. | | | | | Sold (part) | 04/21/14 | J | | |
| 29.    -Berkshire Hathaway Cl B | | | | | Sold (part) | 10/08/14 | J | A | |
| 30.    -Celgene Corp. | | | | | Buy | 01/15/14 | J | | |
| 31. | | | | | Sold | 03/27/14 | J | | |
| 32.    -Cerner | | | | | Sold (part) | 05/30/14 | J | | |
| 33. | | | | | Sold (part) | 06/02/14 | J | A | |
| 34. | | | | | Sold (part) | 09/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Chevron | | | | | Sold | 01/13/14 | J | A | |
| 36.  -Chipotle | | | | | Buy | 06/04/14 | J | | |
| 37. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 38.  -CME Grp. | | | | | Sold (part) | 10/29/14 | J | A | |
| 39. | | | | | Sold (part) | 10/30/14 | J | A | |
| 40. | | | | | Sold (part) | 10/31/14 | J | A | |
| 41. | | | | | Sold | 11/03/14 | J | A | |
| 42.  -Col. Dividend. Income FD Class Z | | | | | | | | | |
| 43.  -Col. Select Large Cap Growth FD Class Z | | | | | Redeemed (part) | 08/18/14 | J | B | |
| 44.  -Comcast | | | | | | | | | |
| 45.  -Conoco Phillips | | | | | Sold | 01/13/14 | J | A | |
| 46.  -Costco Whlsl | | | | | Sold (part) | 03/19/14 | J | | |
| 47.  -Danaher | | | | | Buy | 05/28/14 | J | | |
| 48. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 49.  -Discovery Comm. | | | | | Sold (part) | 04/16/14 | J | | |
| 50. | | | | | Sold | 04/17/14 | J | | |
| 51.  -EMC | | | | | Sold (part) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -EOG Res Inc. | | | | | Buy | 04/21/14 | J | | |
| 53. | | | | | Buy (add'l) | 04/22/14 | J | | |
| 54. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 55. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 56. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 57. | | | | | Sold (part) | 12/12/14 | J | | |
| 58. | | | | | Sold | 12/15/14 | J | | |
| 59.   -Exxon Mobil | | | | | Buy (add'l) | 03/06/14 | J | | |
| 60.   -Facebook | | | | | Buy | 02/10/14 | J | | |
| 61. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 62. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 63. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 64. | | | | | Sold (part) | 09/11/14 | J | A | |
| 65. | | | | | Sold (part) | 11/25/14 | J | A | |
| 66.   -Gilead | | | | | Buy | 03/27/14 | J | | |
| 67. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 68. | | | | | Sold (part) | 04/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/22/14 | J | A | |
| 70. | | | | | Sold (part) | 10/31/14 | J | A | |
| 71.  -Google | | | | | Buy (add'l) | 04/17/14 | J | | |
| 72. | | | | | Sold (part) | 04/21/14 | J | A | |
| 73. | | | | | Sold (part) | 06/25/14 | J | A | |
| 74. | | | | | Sold (part) | 10/08/14 | J | A | |
| 75. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 76. | | | | | Sold (part) | 12/16/14 | J | A | |
| 77.  -Grainger | | | | | Sold (part) | 02/14/14 | J | | |
| 78. | | | | | Sold | 07/22/14 | J | | |
| 79.  -Hershey | | | | | Sold (part) | 12/12/14 | J | A | |
| 80. | | | | | Sold (part) | 12/15/14 | J | | |
| 81.  -Home Depot | | | | | Sold (part) | 04/25/14 | J | A | |
| 82. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 83. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 84.  -Intuitive Surgical | | | | | Buy (add'l) | 01/23/14 | J | | |
| 85. | | | | | Buy (add'l) | 01/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 04/14/14 | J | A | |
| 87. -Johnson & Johnson | | | | | Sold (part) | 03/19/14 | J | | |
| 88. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 89. -Kraft Foods | | | | | | | | | |
| 90. -Las Vegas Sands | | | | | Sold (part) | 01/21/14 | J | A | |
| 91. | | | | | Sold (part) | 01/23/14 | J | A | |
| 92. | | | | | Sold (part) | 01/27/14 | J | A | |
| 93. | | | | | Sold (part) | 02/26/14 | J | A | |
| 94. | | | | | Sold (part) | 03/04/14 | J | A | |
| 95. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 96. | | | | | Sold (part) | 10/30/14 | J | | |
| 97. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 98. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 99. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 100. | | | | | Sold (part) | 11/19/14 | J | | |
| 101. | | | | | Sold (part) | 11/20/14 | J | | |
| 102. -Mastercard | | | | | Sold (part) | 02/26/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 03/04/14 | J | A | |
| 104. | | | | | Sold (part) | 03/19/14 | J | A | |
| 105. | | | | | Sold (part) | 04/21/14 | J | A | |
| 106. | | | | | Sold (part) | 06/25/14 | J | A | |
| 107. -Mckesson | | | | | Buy | 04/16/14 | J | | |
| 108. | | | | | Buy | 04/17/14 | J | | |
| 109. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 110. | | | | | Buy | 10/31/14 | J | | |
| 111. -MFS Value FD Cl 1 | | | | | | | | | |
| 112. -Microsoft Corp. | | | | | Buy | 02/03/14 | J | | |
| 113. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 114. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 115. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 116. -Mondelez Intl | | | | | | | | | |
| 117. -Monsanto New Com. | | | | | Sold (part) | 02/27/14 | J | A | |
| 118. | | | | | Sold (part) | 02/28/14 | J | | |
| 119. -Morgan Stanley | | | | | Buy (add'l) | 09/08/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 121. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 122.  -National Oilwell Varco | | | | | | | | | |
| 123.  -Priceline | | | | | Sold (part) | 05/30/14 | J | A | |
| 124. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 125. | | | | | Sold (part) | 11/25/14 | J | A | |
| 126.  -Qualcomm | | | | | Buy | 04/23/14 | J | | |
| 127. | | | | | Sold (part) | 11/19/14 | J | | |
| 128. | | | | | Sold | 11/20/14 | J | | |
| 129.  -Regeneron Pharma. | | | | | Sold (part) | 03/06/14 | J | A | |
| 130. | | | | | Sold (part) | 03/12/14 | J | A | |
| 131. | | | | | Sold (part) | 10/08/14 | J | A | |
| 132. | | | | | Sold (part) | 10/31/14 | J | B | |
| 133.  -Salesforce Com Inc. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 134. | | | | | Sold (part) | 06/09/14 | J | | |
| 135. | | | | | Sold (part) | 11/25/14 | J | A | |
| 136.  -Sherwin Williams | | | | | Sold (part) | 01/14/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 01/15/14 | J | A | |
| 138.  -SPDR S&P Dividend ETF | | | | | | | | | |
| 139.  -Starbucks | | | | | Buy | 03/19/14 | J | | |
| 140. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 141. | | | | | Sold (part) | 05/09/14 | J | | |
| 142.  -Target | | | | | | | | | |
| 143.  -TCW Select Equities FD Cl 1 | | | | | | | | | |
| 144.  -Tesla Motors | | | | | Buy | 12/12/14 | J | | |
| 145.  -TJX Cos. | | | | | Sold (part) | 05/30/14 | J | | |
| 146. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 147. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 148.  -Twenty-First Cent. Fox | | | | | Sold | 07/28/14 | J | A | |
| 149.  -Union Pac | | | | | Buy (add'l) | 04/16/14 | J | | |
| 150. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 151. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 152.  -3M Co. | | | | | Buy | 05/09/14 | J | | |
| 153. | | | | | Buy (add'l) | 05/12/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 155. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 156. | | | | | Sold (part) | 10/07/14 | J | | |
| 157. -Verizon Com. | | | | | Buy | 11/14/14 | J | | |
| 158. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 159. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 160. -WholeFoods | | | | | Sold (part) | 04/22/14 | J | | |
| 161. | | | | | Sold | 04/22/14 | J | | |
| 162. -Zoetis Inc. | | | | | Buy | 11/25/14 | J | | |
| 163. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 164. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 165. -Alliance Data | | | | | Buy (add'l) | 03/19/14 | J | | |
| 166. | | | | | Sold (part) | 05/20/14 | J | | |
| 167. | | | | | Sold | 05/21/14 | J | | |
| 168. -Amphenol | | | | | Sold (part) | 02/14/14 | J | A | |
| 169. | | | | | Sold (part) | 02/18/14 | J | A | |
| 170. | | | | | Sold (part) | 02/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 11/25/14 | J | A | |
| 172. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 173. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 174.  -Autonation | | | | | Buy | 06/25/14 | J | | |
| 175. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 176. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 177. | | | | | Sold (part) | 10/06/14 | J | | |
| 178. | | | | | Sold | 10/07/14 | J | | |
| 179.  -Church & Dwight | | | | | | | | | |
| 180.  -Concur Technologies Inc. | | | | | Buy | 06/18/14 | J | | |
| 181. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 182. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 183. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 184. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 185. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 186. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 187. | | | | | Buy (add'l) | 06/27/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 40

Name of Person Reporting

Drain, Robert D.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/19/14 | J | C | |
| 189. -Fireeye | | | | | Buy | 09/11/14 | J | | |
| 190. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 191. -Flowserve | | | | | Sold (part) | 05/30/14 | J | A | |
| 192. | | | | | Sold (part) | 06/02/14 | J | A | |
| 193. | | | | | Sold (part) | 06/03/14 | J | A | |
| 194. | | | | | Sold (part) | 06/25/14 | J | A | |
| 195. | | | | | Sold (part) | 06/26/14 | J | A | |
| 196. | | | | | Sold (part) | 06/27/14 | J | A | |
| 197. | | | | | Sold (part) | 11/25/14 | J | | |
| 198. | | | | | Sold (part) | 11/26/14 | J | A | |
| 199. | | | | | Sold | 11/28/14 | J | A | |
| 200. -FMC Technologies Inc. | | | | | Buy | 10/08/14 | J | | |
| 201. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 202. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 203. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 204. | | | | | Buy (add'l) | 11/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Hunt JB Trans. | | | | | Sold (part) | 03/19/14 | J | | |
| 206. | | | | | Sold (part) | 03/20/14 | J | | |
| 207. | | | | | Sold (part) | 03/21/14 | J | | |
| 208. | | | | | Sold (part) | 04/16/14 | J | | |
| 209. | | | | | Sold | 04/17/14 | J | A | |
| 210. | | | | | Buy | 07/30/14 | J | | |
| 211. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 212. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 213.  -Intl Flavors & Fragrances | | | | | | | | | |
| 214.  -Leucadia Natl | | | | | Sold (part) | 10/08/14 | J | | |
| 215. | | | | | Sold (part) | 10/09/14 | J | | |
| 216. | | | | | Sold (part) | 10/10/14 | J | | |
| 217. | | | | | Sold (part) | 10/14/14 | J | | |
| 218. | | | | | Sold | 10/15/14 | J | | |
| 219.  -Now Inc. | | | | | Buy | 06/03/14 | J | | |
| 220.  -Ocwen | | | | | Sold (part) | 02/04/14 | J | | |
| 221. | | | | | Sold (part) | 02/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 18 of 40

Name of Person Reporting

Drain, Robert D.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 02/06/14 | J | | |
| 223. | | | | | Sold (part) | 02/07/14 | J | | |
| 224. | | | | | Sold (part) | 02/14/14 | J | | |
| 225. | | | | | Sold | 02/18/14 | J | | |
| 226. -Polaris Inds. | | | | | Sold (part) | 04/21/14 | J | | |
| 227. | | | | | Sold (part) | 06/09/14 | J | | |
| 228. | | | | | Sold (part) | 06/10/14 | J | | |
| 229. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 230. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 231. -Renaissance Hldgs. | | | | | | | | | |
| 232. -Rockwell Automation | | | | | | | | | |
| 233. -Stericycle | | | | | Sold (part) | 03/19/14 | J | | |
| 234. | | | | | Sold (part) | 03/20/14 | J | | |
| 235. | | | | | Sold (part) | 03/21/14 | J | | |
| 236. | | | | | Sold (part) | 03/24/14 | J | | |
| 237. | | | | | Sold (part) | 03/25/14 | J | | |
| 238. | | | | | Sold (part) | 03/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 03/27/14 | J | | |
| 240. | | | | | Sold (part) | 04/11/14 | J | A | |
| 241. | | | | | Sold (part) | 04/14/14 | J | A | |
| 242. | | | | | Sold (part) | 04/15/14 | J | | |
| 243. | | | | | Sold (part) | 04/16/14 | J | | |
| 244. | | | | | Sold (part) | 04/17/14 | J | | |
| 245. | | | | | Sold (part) | 04/21/14 | J | | |
| 246. | | | | | Sold (part) | 04/22/14 | J | | |
| 247. | | | | | Sold | 04/23/14 | J | | |
| 248. -Tractor Supply | | | | | Sold (part) | 04/21/14 | J | | |
| 249. | | | | | Sold (part) | 04/22/14 | J | | |
| 250. | | | | | Sold (part) | 04/23/14 | J | | |
| 251. | | | | | Sold (part) | 04/24/14 | J | | |
| 252. | | | | | Sold (part) | 04/25/14 | J | A | |
| 253. | | | | | Sold (part) | 04/28/14 | J | A | |
| 254. | | | | | Sold | 04/29/14 | J | A | |
| 255. -United Rentals Inc. | | | | | Buy | 04/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 257. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 258. | | | | | Sold (part) | 11/25/14 | J | A | |
| 259. -Vanguard Mid-Cap ETF | | | | | | | | | |
| 260. -Enstrar Grp. Ltd. | | | | | | | | | |
| 261. -Hexcel Corp. | | | | | Buy | 08/28/14 | J | | |
| 262. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 263. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 264. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 265. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 266. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 267. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 268. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 269. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 270. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 271. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 272. -Questcor Pharma. | | | | | Sold (part) | 02/26/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 02/27/14 | J | A | |
| 274. | | | | | Sold (part) | 02/28/14 | J | A | |
| 275. | | | | | Sold (part) | 03/06/14 | J | A | |
| 276. | | | | | Sold (part) | 04/17/14 | J | B | |
| 277. | | | | | Sold | 04/21/14 | J | A | |
| 278.   -Senomyx | | | | | Sold (part) | 04/09/14 | J | A | |
| 279. | | | | | Sold (part) | 04/10/14 | J | A | |
| 280. | | | | | Sold (part) | 04/11/14 | J | A | |
| 281. | | | | | Sold (part) | 04/14/14 | J | A | |
| 282. | | | | | Sold (part) | 04/15/14 | J | A | |
| 283. | | | | | Sold (part) | 01/16/14 | J | | |
| 284. | | | | | Sold (part) | 04/17/14 | J | | |
| 285. | | | | | Sold (part) | 04/21/14 | J | A | |
| 286. | | | | | Sold (part) | 04/22/14 | J | A | |
| 287. | | | | | Sold (part) | 04/24/14 | J | A | |
| 288. | | | | | Sold (part) | 04/25/14 | J | A | |
| 289. | | | | | Sold (part) | 04/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 04/29/14 | J | A | |
| 291. | | | | | Sold (part) | 05/02/14 | J | A | |
| 292. | | | | | Sold (part) | 05/09/14 | J | A | |
| 293. | | | | | Sold (part) | 05/12/14 | J | A | |
| 294. | | | | | Sold (part) | 05/13/14 | J | A | |
| 295. | | | | | Sold | 05/14/14 | J | A | |
| 296. | | | | | Sold (part) | 05/15/14 | J | A | |
| 297. | | | | | Sold (part) | 05/16/14 | J | A | |
| 298. | | | | | Sold (part) | 05/19/14 | J | A | |
| 299. | | | | | Sold (part) | 05/20/14 | J | A | |
| 300. | | | | | Sold (part) | 05/21/14 | J | A | |
| 301. | | | | | Sold (part) | 05/22/14 | J | A | |
| 302. | | | | | Sold (part) | 05/23/14 | J | A | |
| 303. | | | | | Sold (part) | 05/27/14 | J | A | |
| 304. | | | | | Sold (part) | 05/28/14 | J | A | |
| 305. | | | | | Sold (part) | 05/30/14 | J | A | |
| 306. | | | | | Sold (part) | 06/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 06/05/14 | J | A | |
| 308. | | | | | Sold | 06/06/14 | J | A | |
| 309. | | | | | Sold (part) | 06/09/14 | J | A | |
| 310. | | | | | Sold (part) | 06/10/14 | J | A | |
| 311. | | | | | Sold (part) | 06/11/14 | J | A | |
| 312. | | | | | Sold (part) | 06/13/14 | J | A | |
| 313. | | | | | Sold (part) | 06/16/14 | J | A | |
| 314. | | | | | Sold (part) | 06/17/14 | J | A | |
| 315. | | | | | Sold (part) | 06/20/14 | J | A | |
| 316. | | | | | Sold (part) | 06/23/14 | J | A | |
| 317. | | | | | Sold (part) | 06/24/14 | J | A | |
| 318. | | | | | Sold (part) | 06/25/14 | J | A | |
| 319. | | | | | Sold | 06/30/14 | J | A | |
| 320. -Ship Fin. Intl Ltd. | | | | | Buy (add'l) | 01/27/14 | J | | |
| 321. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 322. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 323. | | | | | Sold (part) | 12/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 12/15/14 | J | | |
| 325. | | | | | Sold (part) | 12/15/14 | J | | |
| 326. | | | | | Sold (part) | 12/16/14 | J | | |
| 327. | | | | | Sold (part) | 12/17/14 | J | | |
| 328. | | | | | Sold (part) | 12/18/14 | J | | |
| 329. | | | | | Sold (part) | 12/19/14 | J | | |
| 330. | | | | | Sold (part) | 12/22/14 | J | | |
| 331. | | | | | Sold (part) | 12/23/14 | J | | |
| 332. | | | | | Sold (part) | 12/24/14 | J | | |
| 333. | | | | | Sold (part) | 12/26/14 | J | | |
| 334. | | | | | Sold (part) | 12/29/14 | J | | |
| 335. | | | | | Sold (part) | 12/31/14 | J | | |
| 336. -Actelion Ltd. | | | | | | | | | |
| 337. -Alibaba | | | | | Buy | 10/31/14 | J | | |
| 338. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 339. -Anheuser Busch Inbev | | | | | Buy (add'l) | 04/17/14 | J | | |
| 340. -Bombardier | | | | | Sold (part) | 02/26/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 02/27/14 | J | | |
| 342. | | | | | Sold | 05/29/14 | J | | |
| 343. -Brilliance China Automotive | | | | | Buy | 04/17/14 | J | | |
| 344. | | | | | Buy (add'l) | 04/22/14 | J | | |
| 345. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 346. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 347. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 348. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 349. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 350. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 351. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 352. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 353. -Compagnie Financiere Richemont | | | | | Sold (part) | 03/05/14 | J | | |
| 354. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 355. -Core Labs. | | | | | Buy | 12/11/14 | J | | |
| 356. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 357. | | | | | Buy (add'l) | 12/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Dassault Systems | | | | | Buy (add'l) | 01/21/14 | J | | |
| 359. -Fanuc Corp. | | | | | | | | | |
| 360. -Fast Retailing | | | | | Sold (part) | 01/21/14 | J | | |
| 361. | | | | | Sold (part) | 01/23/14 | J | | |
| 362. | | | | | Sold (part) | 03/05/14 | J | | |
| 363. | | | | | Sold (part) | 04/17/14 | J | | |
| 364. | | | | | Sold | 07/25/14 | J | | |
| 365. -Gemalto NV | | | | | Sold (part) | 10/29/14 | J | | |
| 366. | | | | | Sold | 10/30/14 | J | | |
| 367. -Givaudan AG | | | | | | | | | |
| 368. -Hitachi | | | | | Buy | 08/29/14 | J | | |
| 369. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 370. -Industria De Diseno Textil | | | | | Sold | 08/28/14 | J | A | |
| 371. -Japan Exchanged Grp. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 372. | | | | | Sold (part) | 01/23/14 | J | | |
| 373. | | | | | Sold (part) | 01/28/14 | J | | |
| 374. | | | | | Sold (part) | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 03/04/14 | J | | |
| 376. | | | | | Sold (part) | 03/05/14 | J | | |
| 377. | | | | | Sold (part) | 03/07/14 | J | A | |
| 378. | | | | | Sold (part) | 03/18/14 | J | A | |
| 379. | | | | | Sold (part) | 04/10/14 | J | A | |
| 380. | | | | | Sold | 04/11/14 | J | A | |
| 381. -Jardine Strat. Hldgs. Lt. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 382. -JD.Com Inc. ADR | | | | | Buy | 10/08/14 | J | | |
| 383. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 384. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 385. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 386. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 387. -Keyence Corp. | | | | | Sold (part) | 10/10/14 | J | A | |
| 388. -Kuka AG | | | | | Buy (add'l) | 01/17/14 | J | | |
| 389. -LyondellBasell | | | | | | | | | |
| 390. -Nidec Corp. | | | | | Sold (part) | 10/09/14 | J | A | |
| 391. | | | | | Sold (part) | 10/10/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Noble Grp. Ltd. | | | | | | | | | |
| 393. -Novo-Nordisk ADR | | | | | Sold (part) | 10/08/14 | J | A | |
| 394. -Novozymes | | | | | | | | | |
| 395. -NXP Semiconductors | | | | | Buy | 11/20/14 | J | | |
| 396. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 397. -Onex | | | | | Sold (part) | 10/08/14 | J | A | |
| 398. -Rakuten Inc. Tokyo | | | | | Sold (part) | 08/29/14 | J | | |
| 399. | | | | | Sold (part) | 09/02/14 | J | | |
| 400. | | | | | Sold (part) | 09/03/14 | J | A | |
| 401. | | | | | Sold (part) | 09/04/14 | J | A | |
| 402. | | | | | Sold | 09/08/14 | J | A | |
| 403. -RHJ Intl | | | | | Sold (part) | 01/08/14 | J | A | |
| 404. | | | | | Sold (part) | 01/10/14 | J | A | |
| 405. | | | | | Sold (part) | 01/15/14 | J | A | |
| 406. | | | | | Sold (part) | 01/16/14 | J | | |
| 407. | | | | | Sold | 01/17/14 | J | | |
| 408. -Roch Hldgs | | | | | Sold (part) | 02/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold (part) | 10/08/14 | J | A | |
| 410.  -Rolls-Royce Hldgs | | | | | Sold (part) | 03/03/14 | J | | |
| 411. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 412. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 413. | | | | | Sold (part) | 07/08/14 | J | | |
| 414. | | | | | Sold (part) | 11/19/14 | J | | |
| 415. | | | | | Sold (part) | 11/20/14 | J | | |
| 416. | | | | | Sold (part) | 11/21/14 | J | | |
| 417.  -Salvatore Farragamo Italia | | | | | | | | | |
| 418.  -Shinsei Bk Ltd. | | | | | Sold (part) | 06/19/14 | J | | |
| 419. | | | | | Sold (part) | 06/20/14 | J | | |
| 420. | | | | | Sold (part) | 06/23/14 | J | | |
| 421. | | | | | Sold (part) | 06/24/14 | J | | |
| 422. | | | | | Sold (part) | 06/25/14 | J | | |
| 423. | | | | | Sold (part) | 06/26/14 | J | | |
| 424. | | | | | Sold (part) | 06/27/14 | J | | |
| 425. | | | | | Sold | 06/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 40

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Softbank | | | | | Buy (add'l) | 11/20/14 | J | | |
| 427. -Swatch Grp. | | | | | Sold | 06/05/14 | J | | |
| 428. -Valeant Pharma. Intl. | | | | | Sold (part) | 03/06/14 | J | A | |
| 429. | | | | | Sold (part) | 03/12/14 | J | A | |
| 430. | | | | | Sold (part) | 04/21/14 | J | A | |
| 431. | | | | | Sold (part) | 05/30/14 | J | A | |
| 432. | | | | | Sold (part) | 06/25/14 | J | A | |
| 433. -Wynn Macau Ltd. | | | | | Buy | 10/08/14 | J | | |
| 434. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 435. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 436. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 437. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 438. -Ishares MSCI Emerging MKTS Index FD | | | | | Sold | 02/03/14 | L | B | |
| 439. -NY NY Go Ref BDS | | | | | | | | | |
| 440. -Babylon NY Pub Impt BDS | | | | | | | | | |
| 441. -North Hempstead NY Pub Impt BDS | | | | | | | | | |
| 442. -Port Auth NY & NJ CONS BDS OID 2021 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 40

Name of Person Reporting

Drain, Robert D.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -NY St Dorm Auth St. Pers BDs 2022 | | | | | | | | | |
| 444. -BofA Tax Exempt Reserves | | | | | Buy (add'l) | 01/15/14 | J | | |
| 445. | | | | | Buy (add'l) | 02/03/14 | L | | |
| 446. | | | | | Sold (part) | 02/10/14 | J | | |
| 447. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 448. | | | | | Sold (part) | 02/24/14 | K | | |
| 449. | | | | | Sold (part) | 03/12/14 | J | | |
| 450. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 451. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 452. | | | | | Sold (part) | 04/16/14 | J | | |
| 453. | | | | | Sold (part) | 04/17/14 | K | | |
| 454. | | | | | Sold (part) | 04/24/14 | K | | |
| 455. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 456. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 457. | | | | | Sold (part) | 05/23/14 | K | | |
| 458. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 459. | | | | | Buy (add'l) | 06/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 06/03/14 | J | | |
| 461. | | | | | Sold (part) | 06/04/14 | J | | |
| 462. | | | | | Sold (part) | 06/05/14 | J | | |
| 463. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 464. | | | | | Sold (part) | 06/16/14 | J | | |
| 465. | | | | | Buy (add'l) | 06/23/14 | K | | |
| 466. | | | | | Buy (add'l) | 07/22/14 | J | | |
| 467. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 468. | | | | | Sold (part) | 07/31/14 | J | | |
| 469. | | | | | Sold (part) | 08/08/14 | K | | |
| 470. | | | | | Sold (part) | 08/29/14 | J | | |
| 471. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 472. | | | | | Sold (part) | 09/08/14 | J | | |
| 473. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 474. | | | | | Sold (part) | 10/08/14 | J | | |
| 475. | | | | | Sold (part) | 10/09/14 | J | | |
| 476. | | | | | Sold (part) | 10/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 40

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 478. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 479. | | | | | Sold (part) | 11/10/14 | J | | |
| 480. | | | | | Sold (part) | 11/14/14 | J | | |
| 481. | | | | | Buy | 12/01/14 | J | | |
| 482. | | | | | Sold (part) | 12/11/14 | J | | |
| 483. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 484. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 485. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 486. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 487. US Trust managed IRA Rollover Account (no control) | B | Int./Div. | P1 | T | | | | | See note in part VIII |
| 488. -BofA Money Market Savings | | | | | Sold (part) | 01/06/14 | M | | |
| 489. | | | | | Sold (part) | 01/08/14 | L | | |
| 490. -Aston Montag & Caldwell Growth Fd | | | | | Redeemed | 01/06/14 | K | B | |
| 491. -Col. Dividend Income Fd | | | | | Redeemed (part) | 01/06/14 | M | E | |
| 492. | | | | | Redeemed (part) | 03/03/14 | J | A | |
| 493. -Col Select Large Cap Growth Fd Cl Z | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 40

**Name of Person Reporting**

Drain, Robert D.

**Date of Report**

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  -MFS Value Fd Cl 1 | | | | | Buy | 01/06/14 | K | | |
| 495. | | | | | Redeemed (part) | 03/03/14 | J | A | |
| 496. | | | | | Redeemed (part) | 07/01/14 | J | A | |
| 497.  -TCW Select Equities Fd | | | | | Redeemed (part) | 01/06/14 | K | D | |
| 498. | | | | | Buy (add'l) | 03/03/14 | K | | |
| 499. | | | | | Redeemed (part) | 07/01/14 | J | | |
| 500.  -Baird Midcap Fd | | | | | Buy | 03/03/14 | K | | |
| 501. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 502.  -Goldman Sachs Growth Op. Fd Cl 1 | | | | | Buy | 01/06/14 | K | | |
| 503. | | | | | Redeemed | 03/03/14 | K | A | |
| 504.  -John Hancock FDS III Disciplined Value Mid Cap Fd | | | | | Buy | 01/06/14 | K | | |
| 505. | | | | | Redeemed | 03/03/14 | K | A | |
| 506.  -IShares Core S&P Mid Cap ETF | | | | | Buy | 01/08/14 | K | | |
| 507. | | | | | Redeemed (part) | 03/05/14 | J | A | |
| 508. | | | | | Redeemed (part) | 07/03/14 | J | A | |
| 509.  -Ridgeworth Mid Cap Value Equity Fd | | | | | Buy | 03/03/14 | K | | |
| 510. | | | | | Redeemed (part) | 07/01/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 40

Name of Person Reporting

Drain, Robert D.

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -IShares Russell 2000 ETF | | | | | Buy | 01/08/14 | K | | |
| 512. -Touchstone Small Cap Growth Fd | | | | | Buy | 03/03/14 | J | | |
| 513. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 514. -Undiscovered Managers Behavioral Value Fd | | | | | Buy | 03/03/14 | J | | |
| 515. -Kalmar Growth Small Cap Fd | | | | | Buy | 01/06/14 | J | | |
| 516. | | | | | Redeemed | 03/03/14 | J | | |
| 517. -Victory Small Co. Oppty Fd | | | | | Buy | 01/06/14 | J | | |
| 518. | | | | | Redeemed | 03/03/14 | J | A | |
| 519. -Invesco Intl Growth Fd | | | | | Buy | 08/14/14 | K | | |
| 520. -John Hancock FDS III Intl Growth Fd | | | | | Buy | 01/06/14 | K | | |
| 521. | | | | | Redeemed (part) | 03/03/14 | J | A | |
| 522. | | | | | Redeemed (part) | 07/07/14 | J | A | |
| 523. | | | | | Redeemed | 08/14/14 | K | A | |
| 524. -JP Morgan Intl Value Fd | | | | | Buy | 01/06/14 | K | | |
| 525. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 526. | | | | | Redeemed (part) | 07/01/14 | J | A | |
| 527. -Vanguard FTSE Developed Mkts ETF | | | | | Buy | 01/08/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Redeemed (part) | 07/03/14 | J | A | |
| 529. -Walmart Stores | | | | | | | | | |
| 530. -Bank of NY Med. Term. Sr. Nt. | | | | | | | | | |
| 531. -Berkshire Hathaway Fin Corp. Gtd. Sr. Nt. | | | | | | | | | |
| 532. -Col Income Opp. Fd Cl Z | | | | | | | | | |
| 533. -Fidelity Advisor Floating Rt. High Income Fd. | | | | | | | | | |
| 534. -Col. Emeriging Markets Fd | | | | | Buy | 01/06/14 | K | | |
| 535. | | | | | Buy (add'l) | 03/03/14 | K | | |
| 536. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 537. -Vanguard FTSE Emerging Mkts ETF | | | | | Buy | 01/08/14 | K | | |
| 538. | | | | | Redeemed | 03/05/14 | K | | |
| 539. -Goldman Sachs Absolute Return Tracker Fd | | | | | Buy | 01/06/14 | K | | |
| 540. | | | | | Redeemed (part) | 03/03/14 | J | A | |
| 541. -Goldman Sachs Strategic Income Fd | | | | | Buy | 07/01/14 | J | | |
| 542. | | | | | Buy (add'l) | 03/03/14 | K | | |
| 543. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 544. -Hatteras Alpha Hedged Strategies Fd | | | | | Buy | 01/06/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

Name of Person Reporting

**Drain, Robert D.**

Date of Report

05/06/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 546.  -Pimco Global Multi-Asset Fd | | | | | Buy | 01/06/14 | K | | |
| 547. | | | | | Redeemed | 03/03/14 | K | A | |
| 548.  -Prudential Global Real Estate Fd Cl Z | | | | | Buy | 01/06/14 | K | | |
| 549. | | | | | Redeemed (part) | 07/01/14 | J | A | |
| 550.  -Credit Suisse Commodity-Return Fd | | | | | Buy | 01/06/14 | K | | |
| 551. | | | | | Redeemed (part) | 03/03/14 | J | A | |
| 552. | | | | | Buy (add'l) | 07/01/14 | K | | |
| 553.  FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 554.  US Trust IRA (no control) | C | Dividend | N | T | | | | | See note in part VIII |
| 555.  -BofA Money Market | | | | | | | | | |
| 556.  -SPDR S&P Div. ETF | | | | | | | | | |
| 557.  -SPDR S&P 500 ETF | | | | | | | | | |
| 558.  -Vanguard Mid-Cap ETF | | | | | | | | | |
| 559.  -Vanguard Small-Cap ETF | | | | | | | | | |
| 560.  -US Treas Strips | | | | | | | | | |
| 561.  NY 529 savings program #1 - Moderate-Age Based Option Income Portfolio | None | | L | T | Buy (add'l) | 12/26/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Drain, Robert D.

05/06/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. NY 529 savings program #2 - Moderate-Age Based Option Income Portfolio | | None | L | T | | | | | |
| 563. NY 529 savings program #3 - Moderate-Age Based Option Income Portfolio | | None | M | T | Buy (add'l) | 01/07/14 | J | | |
| 564. | | | | | Distributed (part) | 12/11/14 | K | | |
| 565. | | | | | Distributed (part) | 12/26/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 6-486, columns B and C. The U.S. Trust-managed account described on line 6 is held and managed in trust by U.S. Trust as a fiduciary for ▢ ▢ ▢ me. It is not a personal brokerage or financial management account. We have no discretion with respect to any of the individual assets in the account, which are listed in lines 7-486. Instead, U.S. Trust makes each investment, buy or sell decision with respect to the individual assets in the account. We are able only to increase or decrease the aggregate investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

2. Part VII, lines 487-553, columns B and C. The U.S. Trust-managed IRA rollover account described in line 487 is held and managed in trust by U.S. Trust as a fiduciary for me with respect to the rollover of my former pension and 401(k) accounts. As with the account described on line 6 of Part VII and above, I have no discretion with respect to any of the individual assets in the account, which are listed in lines 488-553, with the exception of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

3. Part VII, lines 554-561, columns B and C. The U.S. Trust-managed IRA rollover account described in line 554 is held and managed by U.S. Trust as a fiduciary for ▢ with respect to the rollover of her former 401(k) account. As with the accounts described in lines 6 and 488 of Part VII and above, ▢ has no discretion with respect to any of the individual assets in the account, which are listed in lines 555-561, with the exception of periodically being able to change risk categories. I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544